UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| FRED JEDLISKA, as parent and guardian of D.J., a minor,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>BRAD SNOW,<br><br>　　　　　Defendant. | Case No. 23-cv-1202-JPG |

**MEMORANDUM AND ORDER**

　　This matter comes before the Court on plaintiff Fred Jedliska's motion to amend his complaint (Doc. 14). Jedliska originally filed this case in the Circuit Court for the Third Judicial Circuit, Madison County, Illinois, on February 27, 2023. Defendant Brad Snow removed the case to this Court on April 12, 2023, on the basis of the Court's original federal question jurisdiction (Doc. 1). *See* 28 U.S.C. §§ 1331 & 1441(a). Snow then filed a motion to dismiss on April 19, 2023 (Doc. 11), and Jedliska filed a motion to amend his complaint on April 27, 2023 (Doc. 14).

　　Jedliska does not need the Court's permission to file an amended complaint at this time. Federal Rule of Civil Procedure 15(a) governs amendments to pleadings. A party may amend its pleading once as a matter of course within 21 days of serving it or within 21 days after service of a response or a motion to dismiss, for a more definite statement or to strike. Fed. R. Civ. P. 15(a)(1). Jedliska has not amended his pleading yet, and he filed his request to do so only 8 days after service of Snow's motion to dismiss. Therefore, he has a right to amend his complaint at this time without leave of the Court.

　　Accordingly, the Court **DENIES** Jedliska's motion to amend **as moot** (Doc. 14). The

Court notes, however, that Jedliska's tendered amended complaint does not comply with SDIL-LR 5.1(b) because it is not double-spaced and does not comply with SDIL-LR 15.1 because it does not underline new matter.  He would be wise to correct those deficiencies before electronically filing his amended complaint or it may be summarily stricken.

**IT IS SO ORDERED.**
**DATED:  April 28, 2023**

s/ J. Phil Gilbert
**J. PHIL GILBERT**
**DISTRICT JUDGE**