UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

FRED JEDLISKA, as parent and guardian of D.J., a minor,

    Plaintiff,

v.

BRAD SNOW,

    Defendant.

Case No. 23-cv-1202-JPG

## JUDGMENT

This matter having come before the Court, the issues having been heard, and the Court having rendered a decision,

IT IS HEREBY ORDERED AND ADJUDGED that this case is dismissed with prejudice.

**DATED: July 21, 2023**

                                    **MONICA A. STUMP, Clerk of Court**

                                    **s/Tina Gray, Deputy Clerk**

**Approved:**    s/ J. Phil Gilbert
                  **J. PHIL GILBERT**
                  **DISTRICT JUDGE**